

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-15-2005

# USA v. King

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-4715

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. King" (2005). *2005 Decisions.* Paper 1355.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1355

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 03-4715

UNITED STATES OF AMERICA

v.

LORENZO M. KING,

Appellant

Appeal from the United States District Court
for the Western District of Pennsylvania
(Crim. No. 03-cr-00122)
District Court: Hon. Gustave Diamond, Chief Judge

Argued: September 21, 2004

Before: McKEE, Circuit Judge, and
ROSENN and WEIS, Senior Circuit Judges

**ORDER**

**IT IS HEREBY ORDERED**, that the Not-Precedential Opinion filed in this case

on April 14, 2005, be amended as follows:

In Footnote 2, in the next to the last line, the sentence should read:

"Moreover, to the extent the sentencing court may decide to enhance a
sentence based upon factors such as those incorporated into the
sophisticated means enhancement, it must rely only upon conduct admitted
by the defendant or found by the fact finder based upon proof beyond a
reasonable doubt."

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Theodore A. McKee
Circuit Judge

DATED: April 15, 2005
CMH/cc: KSG, KRL